BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00142-CKD |
| Plaintiff, | ORDER VACATING TRIAL CONFIRMATION HEARING, VACATING JURY TRIAL, SETTING A CHANGE OF PLEA FOR JUNE 28, 2012, AND EXCLUDING TIME UNDER LOCAL CODE T4 |
| v. | |
| PATRICIA HASTAD, | |
| Defendant. | Date: May 24, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. Carolyn K. Delaney |

It is hereby ordered that the Trial Confirmation Hearing set for May 24, 2012, and the Jury Trial set for June 4, 2012 are VACATED. It is further ordered that a Change of Plea be set for June 28, 2012, at 9:30 a.m. Time is excluded from today's date through June 28, 2012 under Local Code T4 to allow adequate time for defense preparation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///

IT IS SO ORDERED.

Dated: May 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE